⬇ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:10-CR-00010-001 (TES) |
| **TIMMY LEE RIVERS, JR.** | |

On August 11, 2021, the supervised release period of 60 months commenced. Timmy Lee Rivers, Jr. has complied with the rules and regulations of supervised release, he has met the criteria for early termination in accordance with the Chief U.S. Probation Officer's exception to the national probation policy as outlined in the *Guide to Judiciary Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and he is no longer in need of supervision. Accordingly, it is recommended Timmy Lee Rivers, Jr. be discharged from supervision.

Respectfully submitted,

*/s/ James O. Poe, III*

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  27th  day of  July , 2023.

S/ Tilman E. Self, III

TILMAN E. SELF, III
U.S. DISTRICT JUDGE